FILED

12/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0467

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0467

_____

TESSA ZOLNIKOV,

      Plaintiff and Appellant,

    v.

NATIONAL BOARD OF MEDICAL
EXAMINERS,

      Defendant and Appellee.

                              O R D E R

_____

Upon consideration of Appellant Tessa Zolnikov's motion for an extension of time to file the reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including January 13, 2023, to prepare, serve, and file the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 6 2022